THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v REYNALDO CONCEPCION, Appellant.

Submitted June 14, 2010; decided June 24, 2010

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 2 Rector Street, 10th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL DUHS, Appellant.

Submitted June 14, 2010; decided June 24, 2010

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 2 Rector Street, 10th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRELL GILFORD, Appellant.

Submitted June 21, 2010; decided June 24, 2010

Motion for assignment of counsel granted and Richard M. Greenberg, Esq., Office of the Appellate Defender, 11 Park Place, Suite 1601, New York, NY 10007 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v RAYMOND B. GRIMM, Respondent.

Submitted June 14, 2010; decided June 24, 2010

Motion for assignment of counsel granted and Jan Perlin, Esq., PO Box 134, Oak Hill, New York 12460 assigned as counsel to the respondent on the appeal herein.